**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

GEORGE JOHNSON,

           Respondent

          v.

LANSDALE BOROUGH AND LANSDALE
BOROUGH CIVIL SERVICE
COMMISSION,

          Petitioners

: No. 930 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW,** this 28th day of July, 2015, the Petition for Allowance of Appeal is

**GRANTED**, **LIMITED** to the following issues, as stated by Petitioner:

    a.    Whether the Commonwealth Court committed reversible error by holding that a common pleas court's standard of review of a civil service commission adjudication is *de novo*, where a common pleas court takes no additional evidence on appeal and limits itself to the record before the commission?

    b.    Whether the Commonwealth Court committed reversible error by holding that a common pleas court may modify a penalty imposed by a municipality, where there is no evidence whatsoever that the penalty was arbitrary, capricious, or discriminatory?

In all other respects, the Petition for Allowance of Appeal is **DENIED**.